UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IRA ALSTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 3:15-cv-669 (CSH) |
| | : | |
| CORRECTIONAL OFFICER DANIELS, | : | |
| CORRECTIONAL OFFICER RUTKOWSKI, | : | |
| CORRECTIONAL OFFICER HERNANDEZ, | : | |
| CORRECTIONAL OFFICER JOHN DOE #1, | : | |
| LIEUTENANT DAIRE, LIEUTENANT ANYA, | : | |
| CAPTAIN JASON CAHILL, CORRECTIONAL | : | |
| OFFICER JOHN DOE #2, | : | |
| | : | FEBRUARY 17, 2016 |
| Defendants. | : | |

**ORDER FOR SERVICE**

**HAIGHT, Senior District Judge**:

In a "Notice" [Doc. 13] filed with the Court, Plaintiff Ira Alston has identified defendant Correctional Officer John Doe #1 as "Correctional Officer Mihalick" and defendant John Doe #2 as "Correctional Officer Emmelmann." Plaintiff has indicated that both officers are assigned to Northern Correctional Institution, located at 287 Bilton Road, Somers, CT 06071. Doc. 13, at 1-2.

The Clerk shall verify the current work addresses for Officers Mihalick and Emmelmann with the Department of Correction Office of Legal Affairs and mail a waiver of service of process request packet to each such defendant at the confirmed address within twenty-one (21) days from the date of this Order. The Clerk shall report on the status of the waiver request on the thirty-fifth

(35) day after mailing. If either defendant Mihalick or Emmelmann fails to return a signed waiver, the Clerk shall make arrangements for in-person service by the United States Marshal Service on that defendant in his or her individual capacity; and the defendant shall be required to pay the costs of service in accordance with Federal Rule 4(d)(2) of Civil Procedure.[1]

It is SO ORDERED.

Dated: New Haven, Connecticut
February 17, 2016

/s/Charles S. Haight, Jr.
CHARLES S. HAIGHT, JR.
Senior United States District Judge

---

[1] Rule 4(d)(2) provides:

(2) Failure to Waive [Service]. If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:

(A) the expenses later incurred in making service; and

(B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

Fed. R. Civ. P. 4(d) (A)-(B).